634 A.2d 613

**Francis P. LARKIN, Appellant,**

**v.**

**PENNSYLVANIA CIVIL SERVICE COMMISSION, Commonwealth of Pennsylvania, Office of Administration, and the Department of Transportation.**

Supreme Court of Pennsylvania.

Submitted July 20, 1993.

Argued Dec. 7, 1993.

Decided Dec. 21, 1993.

Arthur L. Berger, Harrisburg, for F.P. Larkin.

Lisa K. Essman, Harrisburg, for Office of Admin.

Frederick C. Smith, Jr., Camp Hill, for Pa. Civil Service Com'n.

Robert Bell, Harrisburg, for PennDot.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.